UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MY BLOCK RECORDS, INC. | ) | |
| Plaintiff | ) | Civil Action No. |
| v. | ) | 26-cv-08094-LGS |
| | ) | |
| SRG/ILS GROUP LP formerly | ) | |
| SRG/ILS GROUP LLC | ) | |
| Defendant | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff voluntarily dismisses this action without prejudice as the parties reached a settlement prior to joinder.

MY BLOCK RECORDS, INC.
By Its Attorneys,

*Christopher Brown*

Christopher Brown
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
cbrown@brownrosen.com

Dated: October 2, 2026